UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TURNER** | **CIVIL ACTION NO. 09-0183** |
| **VERSUS** | **JUDGE MELANCON** |
| **MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the lack of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED** that decision of the Commissioner the decision of the Commissioner be **REVERSED AND REMANDED** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). In particular, the severity of Ms. Turner's mental impairments, alone and in combination with other impairments should be evaluated. Additionally, Ms. Turner's residual functional capacity should again be evaluated.

THUS DONE and SIGNED in Lafayette, Louisiana, this 1st day of October, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE